```
                                    ___✓ FILED      ___ LODGED
                                    ___ RECEIVED   ___ COPY

                                         AUG 1 3 2010

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY_____ P DEPUTY
```

1  Your Name **Pete Tartaglia Jr**
   Address **8340 North Thornydale Road #110-209**
2  City, State, Zip **Tucson AZ. 85741**
   Telephone Number
3  **C.P. 602-214-8315**

4

5

6            IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9  Your Name, **Pete Tartaglia Jr.**  )   CASE NUMBER WILL BE ASSIGNED
                                      )   AT TIME OF FILING
10         Plaintiff,                 )
                                      )
11 vs. **Teamsters Union**            )
   **Local 104 Phoenix AZ.**          )   COMPLAINT  **CV-10-1723-PHX-ROS**
12                                    )   **Retaliation**
           Defendant.                 )   **Slander.**
13                                    )
                                      )
14

15
                          **Jurisdiction**
16                     (Separate Paragraph)

17

18                         **Complaint**
                      (Separate Paragraph(s))
19         COMPLAINT MUST COMPLY WITH RULE 8(a)
              (A copy of Rule 8(a) is attached)
20

21
                            **Demand**
22                     (Separate Paragraph)

23                      **Pete Tartaglia Jr**

24                      /s/ Pete Tartaglia Jr.
                        (YOUR SIGNATURE IN INK)
25  Dated:              Your name typed or printed
                        Address **8340 North Thornydale Road #110-20**
26                      Telephone Number              **Tucson Az 8574**
27                      **C.P. 602-214-8315**

28
                        **ATTACHMENT 2**

United States District Court

Date 8 / 13 / 2010
Retaliation : Slander :
Wrongful Termination :
Pete Tartaglia Jr.

8-13-2010

Please see Copies submitted for the record : .
** Teamsters Union Local #104 Phoenix AZ. ** , Assistance to Terminate Employees , By Issuing False Statements : Submitting False Documents : . This Activity is against Federal Law to be Conducting This Activity : . Local Unions are to Assist Employees to Policies and C.B.A. and Better Working Conditions and to Protect Employees Rights to the Best of there Ability to All Federal and State Policies Levels . But Not Limited to State and Federal Laws : . This Teamsters Union Officials have Retaliated Against Me since I Exposed a Elections that was Tamper with and these Officials Elected Stole this Election . Not to Mention this Organized Corruption Ring : This Arena of Corruption :  State and Federal Offices that they gain Special Favors : . Leave to Amend All Issues :  .
Assistance in Wrongful Terminations : Assistance in Coving Up Incidents : Conflict of Interest : Misconduct : Misuse : Misuse of Power : Violation of Unions By Laws and Constitution : Local Union Utilized for There Own Agenda and There Own Bests Interests in Corruption : Leave to Amend All Issues .


Requests to the District Court : .
Requests to the District Judge : .

United States District Court .

Date 8 / 13 / 2010
Discrimination : Retaliation : Intimidation :
Wrongful Termination :
Pete Tartaglia Jr.

8-13-2010

Please see copies submitted for the record : .
Failure to be in compliance with Termination Notice : Terminated for a Policy that this Corporate Company never had . Prior to Termination and to Final Termination Date : Formal Requests for Polices : Verbal : Via Cell Phone Documents : Via Fax Mail : Tape Recorded : , Failure to be in Compliance Per Requests : , . Terminated For a Policy that was never Produced : . Per C.B.A. Corporate Company Vulcan Materials had 15 Days to Complete Termination Notice Slip : Per Policy : Per Page : Per Reference Number : Per Safety Policy Hand Book : This Area Block is Blank : This Corporate Company is Breach of C.B.A. to Complete Termination Notice Slip : V.M.C.C. Failure to complete Data Form , No Policy Violation : , Recognized as Null and Void : *Breach : Wrongful Termination : . Leave to Amend : .
**{Keep in Mind Vulcan Materials Corporate Company Changing Stories for Termination }**.
Vulcan Materials Corporate Company in Violation of other Policies as Well : Leave to Amend : .
Not to Mention the Corruption of Gaining Special Favors , By the Offices of OSHA , Levels of ADOSH Offices and CASPA Offices : Leave to Amend All Issues : . Submit Documents As Well to Allowing this Corporate Company to Change Stories : Assisted Covering up Acid Incident Contamination .
ADOSH Offices and CASPA Offices : Misconduct : Conflict of Interests : Misuse : Leave to Amend : .
Leave to Amend All Issues : . Thank You : .


Requests to the District Court : .
Requests to the District Judge : .