Copy to A.G. Office

# Vulcan Materials Company

# Job Information Change Form

**Instructions:** Use this form to record changes to an employee's job record. Use the dropdowns, checkboxes, and text fields to enter the information. Use the tab key or the mouse to move between fields. When complete, print and sign the form, and then submit it to the appropriate approver(s).

| Employee Data | Today's Date (MM/DD/YY) 8/12/08 | Effective Date[1] 8/15/08 | Employee ID # 133243 | Division Western |
|---|---|---|---|---|
| | First Name Pete | Middle Name | Last Name Tartaglia | |

## Action / Reason (select one Action and corresponding Reason)

| Action | Reason | Action | Reason |
|---|---|---|---|
| ☐ DEM – Demotion | | ☐ REC – Recall from Susp. or Layoff | |
| ☐ DTA – Data Change | | ☐ RFD – Return from Disability | |
| ☐ JRC – Job Reclassification | | ☐ RFL – Return from Leave | |
| ☐ LAY – Layoff | | ☐ XFR – Transfer | |
| ☐ LOA – Leave of Absence | | | |
| ☐ PAY – Pay Rate Change | | | |
| ☐ PLA – Paid Leave of Absence | | ☒ TER – Termination (complete Termination Data, below) | DPR - Violation of Policy-Rule |
| ☐ PRO – Promotion (w/o Pay Change) | | | |

### New Job Data (enter only the items that are changed)

| Business Unit | Department | Location | Job Code | Job Title | | Supervisor ID |
|---|---|---|---|---|---|---|
| Reg / Temp? | FT / PT? | Standard Hours per week | Union Code | Pay Group | Tax Location Code | Cost Center |
| Salary Administration Plan | Grade | Step | Compensation Frequency | Compensation Rate $ | BenPrg | Ret Group | 401K Plan |

| Comments (optional) | |
|---|---|

| Termination Data | As of the termination date, is the employee is 55 years of age or older? **No** (If Yes, submit this form and contact Corporate Benefits) | Last Date Worked (MM/DD/YY) 8/11/08 | Will the position be filled? **Yes** |
|---|---|---|---|
| | Vacation Due to Employee 87.4 hours –or– $ | Vacation Owed to Vulcan hours –or– $ | Advance Owed to Vulcan $ |

| Approvals | Division | Signature _____ Signature _____ | Date _____ Date _____ |
|---|---|---|---|
| | Human Resources | Signature *Stacey Stevens* | Date 8/12/08 |

[1] For termination, leave, layoff, or retirement, the Effective Date is the *day after* the last day worked.
[2] To terminate with benefits, the employee must be 55 years of age or more and be enrolled in a VMC benefit plan. If the employee does not meet these criteria, use the action TER (Termination).

OK per KK 8/12/08

Mitch Udann

| ORIGINAL EFFECTIVE<br>August 10 2007 | **CORPORATE POLICY** | POLICY NO. ER-16 |
|---|---|---|
| REVISION NO. | **Vulcan**<br>Materials Company | PAGE NO. 1 of 3 |
| REVISION EFFECTIVE | | |

**SUBJECT**: UNLAWFUL HARASSMENT/RETALIATION POLICY

**SCOPE**

This policy applies to all employees of Vulcan Materials Company and its subsidiaries. Contractors, suppliers, business clients, vendors, and customers of Vulcan are also prohibited from subjecting Vulcan employees to unlawful harassment and retaliation as defined herein.

**GENERAL STATEMENT**

The Company is committed to maintaining a work environment that is free from unlawful harassment and discrimination by any co-worker, supervisor, or other person.

The Company encourages the reporting of complaints and allegations of any violations of this policy and prohibits unlawful retaliation of any kind for making such reports or complaints.

In furtherance of these commitments and in conjunction with the established corporate policies regarding Sexual Harassment (ER-15) and Fair Employment (ER-11), the following policy has been established.

**POLICY**

The work environment of the Company is to be free from unlawful intimidation, hostility, harassment or other offenses that might interfere with work

POLICY NO. EA-18
PAGE NO. 2 of 3

performance. The Company specifically prohibits any form of unlawful harassment by or from employees, contractors, suppliers, and/or customers.

Unlawful harassment is offensive conduct relating to an individual's personal identity which has the purpose or effect of:

- Creating an intimidating, hostile, or offensive work environment;
- Interfering with an individual's work performance; or
- Adversely affecting an individual's employment; or
- Otherwise disparaging an individual personally.

Examples of personal identity include, but are not limited to, age, color, race, religion, gender, sexual orientation, national origin, disability, and/or veteran status.

Any employee who violates this policy will be subject to corrective action including, if circumstances warrant, termination of employment. Any supervisor who is made aware of unlawful harassment or has a reasonable suspicion that such harassment is occurring and fails to take action pursuant to this policy will be subject to corrective action including, if circumstances warrant, termination of employment. Any contractor, supplier, customer or vendor who violates this policy will be subject to a change in relationship with the Company, including termination of that relationship.

Individuals who believe they have been unlawfully harassed should report their complaint to a human resource official of their choice or by accessing the Company Helpline at 1-800-615-4331 or via the internet at www.vulcanmaterials.com. Each complaint will be promptly investigated with adequate and appropriate action taken as circumstances warrant in accordance with this policy. No employee will be subjected to retaliatory

POLICY NO. ER-16
PAGE NO. 3 of 3

action for reporting the unlawful harassment to the Company in good faith, even if it is ultimately determined that the conduct reported was not a violation of the policy. All complaints will be handled in a confidential manner with disclosure occurring only where circumstances warrant or direct, such as in response to legal directives.

The Company's Senior Vice President, Human Resources, in coordination with Division Human Resources Directors, is responsible for ensuring compliance with this policy.

Donald M. James
Chairman of Board and
Chief Executive Officer

DATE 2-10-2009

Washington D.C. Office of Protection for Whistle Blower Program
U.S. D.O.L. O.S.H.A.
200 Constitution Ave. N.W. Room N. 3610
Washington D.C. 20210

I am making a request for your assistance to intervene do this Misconduct on behalf of this O.S.H.A. Office Division Phoenix AZ. , Director Darren Perkins ; Jere Pallister ; and this Office of Investigations . O.S.H.A. Office Division Phoenix AZ. Utilized to assistance in Conducting { Fraud ; Forgery ; Alter ; Fabrication ; Witness to Submit False Statements ; Tamper with Investigation ; Special Favors ; Bias ; } THIS OBSTRUCTION OF JUSTICE ; MISUSE OF FEDERAL STATE OFFICE TO CONDUCT FRAUD ASSISTANCE TO THIS CORPORATE COMPANY AND CORPORATE LEGAL LAW FIRMS ; . REQUESTING OFFICE OF O.S.H.A. PHOENIX AZ. BE PLACE UNDER REVIEW FOR BORDERLINE FRAUD AND RACKETEERING BUT NOT LIMITED TO IMMEDIATE REMOVAL ; FACE PROSECUTION TO THE FULLEST AND INCARCERATED : . LEAVE TO AMEND . RETALIATION ; DISCRIMINATION; WRONGFUL TERMINATION : .

THESE NAMES MENTION ABOVE : DIRECTOR , DARREN PERKINS , JERE PALLISTER , and ERNIE MILLER , ARE VERY INSTRUMENTAL IN THIS ACTIVITY MENTION ABOVE .

C.B.A. Between the Union and Vulcan Materials . The Employer shall furnish and complete termination Slips for all employees when terminated showing reason therefore , giving one to the employee .
Failed to complete termination slip ; This is Breach of Contract ; Failed to be in Compliance ;
Written Request made ; 14 days to Complete ; Failed to be in Compliance ; Moved to the next level to Submit { Fraud : Forgery : Alter : Fabrication : Witness to Submit False Statements : Tamper with a Investigation : Special Favors : Bias Investigations : .} { INSIDE THE CAB OF A MIXER IS THE SAFETYZONE YOU DO NOT NEED TO WEAR ANY GLASSES PERIOD . } { THIS IS A FALSE STATEMENT THAT I WAS WEARING TINT SAFETY GLASSES WHILE DRIVING WAS A FLAT OUT LIE ON BEHALF OF VULCAN MATERIALS AND SUPERVISION AND ANY WITNESS THAT VULCAN MATERIALS BRINGS FORWARD TO ISSUE THESE FALSE STATEMENTS ; ALSO STATES A WARNING WAS MADE ; THIS IS ALSO FALSE ; . { NO VIOLATION } { NEVER HAPPEN . } STANDARD PRACTICE TO CONDUCT FRAUD ON BEHALF OF VULCAN MATERIALS AND SUPERVISION . LEAVE TO AMEND .
C.B.A. WARNING PROCEDURE IS : ALL WARNINGS NOTICES MUST BE PRESENTED TO THE EMPLOYEE WITHIN FOURTEEN CALENDAR DAYS OF THE OCCURRENCE OR SUCH NOTICES ARE NULL AND VOID . { NO WARNING NOTICE EVER ISSUED . } THIS WAS A FLAT OUT LIE ; BREACH OF CONTRACT : . { NO VIOLATION } { NEVER HAPPEN }
ACTUAL REQUEST WAS ON THE JOB SITE TO WEAR TINT SAFETY GLASSES : JOB SITE SUPPLY WITH WORK LIGHTS AND MIXER EQUIP WITH ON THE JOB SITE WORK LIGHTS . VULCAN MATERIALS FALSE CLAIM OF POLICY THEN STEP TO THE NEXT LEVEL TO TWIST THIS EVENT INTO FRAUDULENT ACTIVITY WHICH IS COMMON AND STANDARD PRACTICE ON BEHALF OF SUPERVISION AND VULCAN MATERIALS WITNESS . FEDERAL MEDIATIONS HAS BROUGHT THIS TO VULCAN MATERIALS ATTENTION , AND STILL SHOWS NO SIGNS IN STOPING . MOVING FULL STEAM AHEAD WITH FRAUDULENT ACTIVITY . I DO BELIEVE THAT VULCAN MATERIALS NEEDS TO BE DEALT WITH ACCORDINGLY TO THE LAW . BUT NOT LIMITED TO INCARCERATION ; APPEARS VULCAN MATERIALS AND SUPERVISION FEEL THAT THEY STAND ABOVE THE LAW . TO TAKE THESE WRONGFUL ACTIONS AGAINST THIS WHISTLE BLOWER PROTECTION LAW , THEN MOVE TO THE NEXT LEVEL TO TAKE OVER A FEDERAL STATE AGENCY . I AM REQUESTING THAT ALL PARTIES INVOLVED ARE IMMEDIATELY REMOVED AND FACE INCARCERATION . LEAVE TO AMEND:

C.A.S.P.A. Office Phoenix AZ. Is the same as above or worst this office needs to be Investigated as well . O.S.H.A. Region # 9 San Francisco California Federal Building Director : Josh Paul . Copy sent .

Pete Tartaglia Jr.   C. P. 602-214 8315   DATE 2-10-2009
3900 W. Costco Dr. Ste. 168 # 209  Tucson AZ. 85741

ADOSH - Complaint # 08-63
FAX # 415-625-2534