IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Tartaglia, Jr., <br>     Plaintiff, <br> vs. <br> Local Union 104 International Brotherhood of Teamsters, <br>     Defendant. | No. CV-10-01723-PHX-ROS <br><br> **ORDER** |

Plaintiff filed his Complaint on August 13, 2010. (Doc. 1). Defendant has not been served. The Court has warned Plaintiff the case will be dismissed if Defendant is not served by April 13, 2011. (Doc. 10). As of the date of this Order, Plaintiff has not served Plaintiff.

Accordingly,

**IT IS ORDERED** the case is **dismissed without prejudice**. The **Clerk of the Court** shall **close** this case.

DATED this 19th day of April, 2011.

_____
Roslyn O. Silver
Chief United States District Judge