# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Tartaglia, Jr.,            ) | **JUDGMENT IN A CIVIL CASE** |
| )  | |
| Plaintiff,           ) | **CV-10-1723-PHX-ROS** |
| ) | |
| v.                ) | |
| ) | |
| Local Union 104 International Brotherhood ) | |
| of Teamsters,         ) | |
| ) | |
| Defendant(s). | |

___  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 19, 2011, judgment is entered in favor of defendant(s) and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice.

RICHARD H. WEARE
District Court Executive/Clerk

April 19, 2011

s/L. Dixon
By: Deputy Clerk

cc: (all counsel)